**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **6525 Belcrest Road, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5488450** |
| 4. | **Debtor's address** | **Principal place of business** **33 W 19th St. Suite #320 New York, NY 10011** Number, Street, City, State & ZIP Code  **New York** County  **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **6525 Belcrest Road Hyattsville, MD 20782** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **6525 Belcrest Road, LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **6525 Belcrest Road, LLC**                                                    Case number (*if known*)
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49               ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 3

Debtor  **6525 Belcrest Road, LLC**                                                                              Case number (*if known*)
         Name

|  | |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **6525 Belcrest Road, LLC**     Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 19, 2021**
MM / DD / YYYY

X **/s/ Hemant Mehta**        **Hemant Mehta**
Signature of authorized representative of debtor     Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ A. MITCHELL GREENE**     Date **May 19, 2021**
Signature of attorney for debtor        MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 603-6300**     Email address _____

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                                  Chapter 11

**6525 BELCREST ROAD, LLC,**                                             Case No.:

                                  Debtor.
---------------------------------------------------------X

## CERTIFICATE OF RESOLUTION

I, the undersigned, **HEMANT MEHTA**, as Manager of **6525 Belcrest Road, LLC** (the "Company"), do hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Hemant Mehta as Manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> **RESOLVED,** that Hemant Mehta, as Manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

{01098166.DOC;3 }

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 19th day of May, 2021.

**6525 BELCREST ROAD, LLC**

**By:   /s/ Hemant Mehta**
**HEMANT MEHTA**
**MANAGER**

{01098166.DOC;3 }

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:                                                                                                Chapter 11

**6525 BELCREST ROAD, LLC,**                                                   Case No.

                                Debtor.
---------------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007-2

**Hemant Mehta**, hereby declares under penalty of perjury that the following statements are true and correct:

1. I am the manager of 6525 Belcrest Road, LLC, the debtor (the "Debtor"), and am fully familiar with the facts set forth herein.

2. The Debtor is the owner for the real property located at 6525 Belcrest Road, Hyattsville, Maryland (the "Property"). The Property is currently operating at 30% capacity.

3. The Debtor's filing was precipitated by (i) a reduction of income due to the decrease in the number of paying tenants at the Property and (ii) uncertainty with respect to the Debtor's obligation under the ground lease.

4. The Debtor's case is being commenced to stabilize the business and potentially restructure certain of the Debtor's obligations.

5. No pre-petition committee was organized prior to the Order for relief.

6. No property of the Debtor is in the possession and control of a receiver.

7. The estimated budget of the Debtor for the next **thirty days** is attached hereto as Schedule 1.

{01098172.DOC;3 }392093

**Dated: May 19, 2021**

                **6525 BELCREST ROAD, LLC**

                **By: /s/ Hemant Mehta**
                **HEMANT MEHTA**
                **Manager**

392093

## Schedule 1 - 30 Days Budget

| INCOME | | EXPENSE | | | |
|---|---:|---|---:|---|---:|
| GROSS RENTAL INCOME | 805,787 | PAYROLL - LABORERS | 26,254 | TENANT IMPROVEMENT | 246,220 |
| VACANCY | (496,715) | **Total Payroll** | **26,254** | HVAC - MECH. EQUIP | 90,500 |
| RENT ABATEMENT | (14,933) | | | | |
| **Total Base Rent** | **294,139** | ELECTRICITY | 44,051 | | |
| | | FUEL GAS | 25 | | |
| R.E. TAX PASS-THRU | (12,000) | OIL | | | |
| **Total Escalation Income** | **(12,000)** | FUEL OIL ( GEN) | | | |
| | | WATER AND SEWER | 7,180 | | |
| UTILITY INCOME | 1,500 | **Total Utilities** | **51,256** | | |
| OP. EX. PASS THROUGH | | | | | |
| PARKING INCOME | 23,025 | CLEANING CONTRACTUAL | 15,658 | | |
| INTEREST - REGULAR | | CARPET CLEANING | 200 | | |
| MISC / OTHER INCOME | 400 | MONITORING | 400 | | |
| **Total Other Income** | **24,925** | MISC. EXPENSE | 250 | | |
| | | PARKING LOT OPEX. | 7,501 | | |
| | | PARKING SHUTTLE BUS | 900 | | |
| | | REP / MAINT - GENERAL | 18,000 | | |
| | | REP / MAINT - A / C | 13,130 | | |
| | | REP / MAINT - ELECTRICAL | 3,000 | | |
| | | REP / MAINT - ELEVATORS | 13,000 | | |
| | | REP / MAINT - FIRE A./SPRNK. | 1,000 | | |
| | | REP / MAINT - FLOORS | 200 | | |
| | | REP / MAINT - GLASS | 500 | | |
| | | REP / MAINT - PAINTING | 2,500 | | |
| | | REP / MAINT - PLUMBING | 3,000 | | |
| | | REP / MAINT - TILES AND WALL | | | |
| | | SECURITY PROTECTION | 1,300 | | |
| | | SMALL TOOLS AND EQUIP | 250 | | |
| | | SNOW REMOVAL / LANDSCAPING | 2,088 | | |
| | | SUPPLIES - LIGHTING | 200 | | |
| | | SUPPLIES - GENERAL | 400 | | |
| | | SUPPLIES - JANITORIAL | 500 | | |
| | | SUPPLIES - REPAIRS / MAINT | 50 | | |
| | | TRASH REMOVAL | 1,500 | | |
| | | WINDOW CLEANING | 4,100 | | |
| | | CAM | 8,092 | | |
| | | **Total Operating & Maintenance** | **100,170** | | |
| | | ACCOUNTING | 15,000 | | |
| | | FEES - OTHER | 100 | | |
| | | LEASING EXPENSE | 1,500 | | |
| | | LEGAL | 500 | | |
| | | MAINT - COMPUTER | 600 | | |
| | | PROPERTY MANAGEMENT CHARGES | 32,535 | | |
| | | POSTAGE | 25 | | |
| | | SUPPLIES - OFFICE | 25 | | |
| | | TENANT RELATIONS | 50 | | |
| | | TELEPHONE | 1,850 | | |
| | | **Total Administrative** | **52,185** | | |
| | | INSURANCE - GENERAL | 7,100 | | |
| | | **Total Insurance** | **7,100** | | |
| | | REAL ESTATE TAX | 46,580 | | |
| | | **Total Taxes** | **46,580** | | |
| | | **TOTAL OP. EXP. Expense** | **283,545** | | |
| | | MORTGAGE INTEREST | 24,413 | | |
| | | **Total Expenses** | 307,958 | | |
| **TOTAL Revenue** | **307,064** | **NET OPERATING INCOME** | **(894)** | **Total Capital Items** | **336,720** |
| | | PARKING LOT GROUND RENT | 57,500 | | |
| | | **NET OPERATING INCOME** | **(58,394)** | | |
| | | | | | |
| | | **NET OPERATING INCOME** | **57,507** | | |
| | | **Total Capital Items** | **336,720** | | |
| | | **Total Cash Required** | **394,227** | | |

# United States Bankruptcy Court
## Southern District of New York

In re: **6525 Belcrest Road, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 19, 2021**

**/s/ Hemant Mehta**  
**Hemant Mehta**/**Manager**  
Signer/Title

```
ABM JANITORIAL
14141 SOUTHWEST FREEWAY
SUITE 400
SUGAR LAND, TX 77478


ADAMS & ASSOCIATES
6525 BELCREST ROAD
UNIT 4455
HYATTSVILLE, MD 20782


AIRECO SUPPLY , INC
PO BOX 414
SAVAGE, MD 20763


AMERICAN ARBITRATOR
2200 CENTURY PARKWAY
SUITE 300
ATLANTA, GA 30345


AS INC
33 W 19TH ST
NEW YORK, NY 10011


ATLANTIC TRANSPORTATION SERVIC
4200 WISCONSIN AVE
SUITE 550
WASHINGTON, DC 20016


BACKFLOW TECHNOLOGY LLC
P.O. BOX 1575
STERLING, VA 20167


BALD EAGLE PARTNERS, LLC
24201 BREEZY POINT ROAD
ONANCOCK, VA 23417


BE UTC DEWEY PARCEL, LLC
5410 EDSON LANE
SUITE 220
ROCKVILLE, MD 20852


BELL ATLANTIC MOBILE
6525 BELCREST ROAD
UNIT 0001
HYATTSVILLE, MD 20782
```

BEN DYER ASSOCIATES  
11721 WOODMORE ROAD  
SUITE 200  
BOWIE, MD 20721  


BLUMBERG FAMILY  
6525 BELCREST ROAD  
UNIT 0101  
HYATTSVILLE, MD 20782  


BOND WATER TECHNOLOGIES  
630 E. DIAMOND AVE, SUITE J/K  
GAITHERSBURG, MD 20877  


BRENT FREY, DDS  
6525 BELCREST ROAD  
UNIT 2290  
HYATTSVILLE, MD 20782  


CARTER ENTERPRISES SOLUTIONS  
6525 BELCREST ROAD  
UNIT 4418  
HYATTSVILLE, MD 20782  


CHEF PHILIP'S DELI & CAFé  
6525 BELCREST ROAD  
UNIT 1125  
HYATTSVILLE, MD 20782  


CHESAPEAKE SYSTEMS  
7400 COCA COLA DR  
HANOVER, MD 21076  


CITY OF HYATTSVILLE  
6525 BELCREST ROAD  
UNIT 1131  
HYATTSVILLE, MD 20782  


COMMONWEALTH DIGITAL  
21205 RIDGETOP CIRCLE  
STERLING, VA 20166  


CONTRACT INFINITY  
6525 BELCREST ROAD  
UNIT 5533  
HYATTSVILLE, MD 20782

```
CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


D.C. METRO REALTY LLC
C/O NATIONAL REGISTERED AGENTS
160 GREENTREE DR., STE. 101
DOVER, DE 19904


DATAWATCH
4520 EAST WEST HIGHWAY
SUITE 200
BETHESDA, MD 20814


DEWEY LC
SUSAN B. LEVIN
5801 NICHOLSON LANE, APT #1909
ROCKVILLE, MD 20852


DOMINION ELEVATOR INSPECTION
7475 CARLISLE RD
WELLSVILLE, PA 17365


DR ARDEN BRONSTEIN
6525 BELCREST ROAD
UNIT 2208
HYATTSVILLE, MD 20782


ERNIE'S LOCK CO., INC
4500 QUEENSBURY ROAD
RIVERDALE, MD 20737


FELICIA FLORIN - ALL STATE
6525 BELCREST ROAD
UNIT 1190
HYATTSVILLE, MD 20782


GIBBS AND HALLER
1300 CARAWAY COURT, SUITE 750
ATTN: THOMAS HALLER
ARLINGTON, VA 22203


GRIFFITH ENERGY SERVICES, INC
PO BOX 62632
BALTIMORE, MD 21264
```

```
GSA -
6525 BELCREST ROAD
UNIT 2250
HYATTSVILLE, MD 20782


GSA -
6525 BELCREST ROAD
UNIT 4450
HYATTSVILLE, MD 20782


GSA -
6525 BELCREST ROAD
UNIT 5550
HYATTSVILLE, MD 20782


GSA GREENWOOD
6525 BELCREST ROAD
UNIT 0090
HYATTSVILLE, MD 20782


HAVTECH
9505 BERGERRD
COLUMBIA, MD 21046




HOUSING INITIATIVE
6525 BELCREST ROAD
UNIT 5555
HYATTSVILLE, MD 20782


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


ITC
7233 GABE CT
MANASSAS, VA 20109


JOSEPH GREENWALD AND LAAKE
6404 IVY LANE, SUITE 400
ATTN: TIMOTHY F. MALONEY
GREENBELT, MD 20770
```

```
KAISER PERMANENTE
6525 BELCREST ROAD
UNIT 1110
HYATTSVILLE, MD 20782


LAW OFFICE OBREN BARNES
6525 BELCREST ROAD
UNIT 5518
HYATTSVILLE, MD 20782


LERCH EARLY & BREWER
7600 WISCONSION AVENUE
SUITE 700
BETHESDA, MD 20814


MARCUS BONSIB, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770


MARYLAND-NATIONAL PARK &
 PLANNING COMMISSION
6611 KENILWORTH AVENUE
RIVERDALE, MD 20737


MC MILLAN METRO PC
7811 MONTROSE ROAD
SUITE 400
POTOMAC, MD 20854


MEDLANTIC HEALTHCARE
6525 BELCREST ROAD
UNIT 3320
HYATTSVILLE, MD 20782


MEDSTAR RESEARCH
6525 BELCREST ROAD
UNIT 0060
HYATTSVILLE, MD 20782


MEDSTAR RESEARCH
6525 BELCREST ROAD
UNIT 7000
HYATTSVILLE, MD 20782
```

```
MEDSTAR RESEARCH
6525 BELCREST ROAD
UNIT 7100
HYATTSVILLE, MD 20782


MONA ELECTRIC
7915 MALCOLM RD
CLINTON, MD 20735


NEW YORK STATE DEPT. OF FINANC
ATTN:  BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005


ORKIN
2790 KAVERTON RD
DISTRICT HEIGHTS, MD 20747


OTIS ELEVATOR
OTIS ELEVATOR COMPANY
PO BOX 13716
NEWARK, NJ 07188


OTTLEY MUSIC SCHOOL
6525 BELCREST ROAD
UNIT 0020
HYATTSVILLE, MD 20782


PANASIA ESTATE, INC.
28 W 20TH STREET
NEW YORK, NY 10011


PECKAR & ABRAMSON
70 GRAND AVENUE
SUITE 200
RIVER EDGE, NJ 07661
```

```
PERSONNEL PLUS
6525 BELCREST ROAD
UNIT 2211
HYATTSVILLE, MD 20782


PG ARTS COUNCIL
6525 BELCREST ROAD
UNIT 1132
HYATTSVILLE, MD 20782


PG COUNTY - WIC
6525 BELCREST ROAD
UNIT 2280
HYATTSVILLE, MD 20782


PRINCE GEORGES METRO CENTER
6525 BELCREST ROAD
UNIT 5500
HYATTSVILLE, MD 20782


REPUBLIC TRASH SERVICE
300 RITCHIE RD
CAPITOL HEIGHTS, MD 20743


S. ALBERT GLASS
6600 AMMENDALE RD
BELTSVILLE, MD 20705


SAFEGUARD
138 COCKEYSVILLE ROAD
COCKEYSVILLE, MD 21030


SAGE
AKTION ASSOCIATES, INC
PO BOX 639594
CINCINNATI, OH 45263


SHIPLEY & HORNE
1101 MERCANTILE LANE
SUITE 240
UPPER MARLBORO, MD 20774
```

```
SMILES OF HYATTSVILLE
6525 BELCREST ROAD
UNIT 2212
HYATTSVILLE, MD 20782


TAUNYA JENKINS, DDS
6525 BELCREST ROAD
UNIT 2201
HYATTSVILLE, MD 20782


THE CORPORATION TRUST, INC
2405 YORK ROAD
SUITE 201
HYATTSVILLE, MD 20782


TOLIN MECHANICAL
12005 EAST 45TH AVE
DENVER, CO 80239


UNIVERSITY TOWN CENTER
C/O THE BERNSTEIN COMPANIES
3299 K ST., N.W., SUITE 1000
WASHINGTON, DC 20007


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007


US POST OFFICE
6525 BELCREST ROAD
UNIT 1180
HYATTSVILLE, MD 20782


WSSC WATER
14501 SWEITZER LANE
LAUREL, MD 20707


ZAYO
1821 30TH ST
UNIT A
BOULDER, CO 80301
```